UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, as Agent for Autobahn Funding Company LLC, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   Case No. 10-CV-02126 CM-JPO<br>) |
| ALL GENERAL LINES INSURANCE, LLC, et al., | )<br>) |
| Defendants. | ) |

**DISMISSAL ORDER**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**

The Joint Motion for Entry of Dismissal Order by Plaintiff/Counter-Defendant DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, as Agent for Autobahn Funding Company LLC, and Defendant/Counter-Plaintiff DIANE WILLIAMS ("Williams") (collectively, the "Parties") (Doc. 151) is granted as follows:

1.  The Parties shall comply with the Settlement Agreement and Release with an effective date of October 1, 2013 (the "Settlement Agreement"). The Parties expressly waived their rights under Federal Rule of Civil Procedure 65(d) to the extent Rule 65(d) requires this Order to be specific in terms or to describe in reasonable detail and without reference to the Settlement Agreement, the act or acts to be restrained;

2.  Williams' counterclaims against DZ Bank are dismissed with prejudice;

3.  The Parties are barred from relitigating any claims raised in this litigation or any claims released by means of the Settlement Agreement, except that DZ Bank may enforce its judgment against Williams in accordance with the terms of the Settlement Agreement; and

4.  Each party shall bear its own costs.

Dated: October 8, 2013                           s/ Carlos Murguia_____
                                                 CARLOS MURGUIA
                                                  United States District Judge

Respectfully submitted,

| | |
|---|---|
| DZ Bank AG Deutsche Zentral-Genossenschaftsbank, as Agent for Autobahn Funding Company LLC, | Diane Williams, *pro se* |
| By: /s/ Scott A. Wissel<br>Scott A. Wissel<br>Lewis, Rice & Fingersh, LC<br>1010 Walnut, Suite 500<br>Kansas City, MO 64106<br>T: 816-421-2500<br>F: 816-472-2500<br>sawissel@lrf-kc.com | /s/ Diane Williams<br>Diane Williams<br>1019 Hope Mills Rd.<br>Fayetteville, NC 28304<br>T: 910-484-5738<br>diane1312000@msn.com |

-and-

By: /s/ Michael W. Debre
Michael W. Debre (IL #6296197)
Askounis & Darcy, PC
444 N. Michigan, Suite 3270
Chicago, IL 60611
T: 312.784.2400
F: 312-784-2410
mdebre@askounisdarcy.com

*Attorneys for Plaintiff*